UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LISA GARZON,

   Plaintiff,

v.                                           Case No: 8:18-cv-718-JSM-CPT

FIRSTSOURCE ADVANTAGE, LLC,

   Defendant,

and

AMERICAN EXPRESS NATIONAL BANK,

   Intervenor.

## ORDER

THIS CAUSE comes before the Court on American Express National Bank's Motion to Compel Arbitration (Dkt. 57) and Plaintiff's Response (Dkt. 60). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. American Express National Bank's Motion to Compel Arbitration (Dkt. 57) is GRANTED.

2. This case is referred to arbitration as provided for in the governing Arbitration Agreement.

3. American Express National Bank and Firstsource Advantage, LLC's Motion for Protective Order (Dkt. 59) is DENIED AS MOOT.

4. The Clerk is directed to stay these proceedings and administratively close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 19th day of February, 2019.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record